UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHIDI JOACHIM EKE,

          Plaintiff,

    v.

STATE OF CALIFORNIA,

         Defendant.

Case No. 24-cv-01788-DMR (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff has filed a completed *in forma pauperis* application. Dkt. 2.

Plaintiff's complaint alleges claims against unnamed defendants from the Sacramento District Attorney's Office and the Sacramento Sheriff's Office. *See* Dkt. 1. Thus, the acts complained of occurred in Sacramento County, which lies within the venue of the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: April 26, 2024

                                            DONNA M. RYU
                                            Chief Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).