1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CHIDI JOACHIM EKE, | No. 2:24-cv-01227-DC-CKD (PC) |
| 12           Plaintiff, | |
| 13      v. | ORDER RELATING AND REASSIGNING CASES |
| 14  STATE OF CALIFORNIA, et al., | |
| 15           Defendants. | |
| 16 | |
| 17  CHIDI JOACHIM EKE, | No. 2:25-cv-01236-JDP (PC) |
| 18           Plaintiff, | **New Case No.  2:25-cv-01236-DC-CKD (PC)** |
| 19      v. | |
| 20  RUBEN GUERRERO, et al., | |
| 21           Defendants. | |
| 22  CHIDI JOACHIM EKE, | No. 2:25-cv-01091-TLN-AC (PC) |
| 23           Plaintiff, | **New Case No.  2:25-cv-01091-DC-CKD (PC)** |
| 24      v. | |
| 25  CHRIS ORE, et al., | |
| 26           Defendants. | |
| 27 | |
| 28 | |

1

| | |
|---|---|
| CHIDI JOACHIM EKE,<br><br>             Plaintiff,<br><br>      v.<br><br>JIM COOPER,<br><br>             Defendant. | No.  2:25-cv-01089-DAD-SCR (PC)<br><br>**New Case No.  2:25-cv-01089-DC-CKD (PC)** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the district judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 2:25-cv-01236-JDP; Case No. 2:25-cv-01091-TLN-AC; and Case No. 2:25-cv-01089-DAD-SCR are reassigned to the undersigned and Magistrate Judge Carolyn K. Delaney. The caption on documents filed in the reassigned cases shall reflect the judge assignments "DC-CKD" in the case number.

It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **October 24, 2025**

Dena Coggins
United States District Judge

2